

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00074-CV

**IN THE INTEREST OF H.D.S.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM504610
Honorable Nick Catoe Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED May 30, 2018.

_____
Patricia O. Alvarez, Justice